**No. 09-9625. Paul Ajetunmobi, Petitioner v. United States.**

562 U.S. 949, 131 S. Ct. 70, 178 L. Ed. 2d 246, 2010 U.S. LEXIS 7808.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 353 Fed. Appx. 628.

**No. 09-9714. Christopher Leon Coney, Petitioner v. United States.**

562 U.S. 949, 131 S. Ct. 70, 178 L. Ed. 2d 246, 2010 U.S. LEXIS 7731.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 349 Fed. Appx. 497.

**No. 09-9804. Rogelio Enrique Headley-Ombler, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 949, 131 S. Ct. 71, 178 L. Ed. 2d 246, 2010 U.S. LEXIS 7711.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 09-9944. Kermit Pereda-Rebollo, Petitioner v. United States.**

562 U.S. 949, 131 S. Ct. 77, 178 L. Ed. 2d 246, 2010 U.S. LEXIS 7789.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 357 Fed. Appx. 31.

**No. 09-10100. Daniel Preciado, Petitioner v. United States.**

562 U.S. 949, 131 S. Ct. 76, 178 L. Ed. 2d 246, 2010 U.S. LEXIS 7852.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 357 Fed. Appx. 31.